**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**JERRY CARROLL,**

    **Plaintiff,**

**v.**                                                 **CASE NO.:  5:05cv87/MCR/EMT**

**LEVITZ FURNITURE CORPORATION,
a Florida corporation,**

    **Defendant.**

**_____/**

**ORDER STAYING THE CASE**

**THIS CAUSE** comes before the Court on Defendant **LEVITZ FURNITURE CORPORATION**'s Notice of Bankruptcy.  (Doc. 16).  Plaintiff **JERRY CARROLL** initiated this action in order to collect benefits claimed due from Defendant under its Pension/Retirement Plan.  (Doc. 1).  Defendant has filed for Chapter 11 bankruptcy in the United States Bankruptcy Court for the Southern District of New York, Case No. 05-45194.  As a consequence of the bankruptcy petition, this case is automatically **STAYED**.  *See* 11 U.S.C.A. § 362(a)(1) (West 2003).  The stay shall remain in effect until the bankruptcy case is disposed of by the bankruptcy court.  *See* 11 U.S.C.A. § 362(c) (West 2003).  At this time, the Clerk is directed to close this file for administrative purposes and it shall remain closed and throughout the stay.

Accordingly, it is hereby ordered:

1. As a consequence of Defendant's bankruptcy petition, this case is automatically **STAYED**.  The stay shall remain in effect until the bankruptcy case has been disposed of by the bankruptcy court.  The Defendant shall file written notice with this Court within 10 days of final disposition of the bankruptcy matter.

2.   The Clerk is directed to close this file for administrative purposes and it shall remain closed and throughout the stay.

**ORDERED on this 14th day of October, 2005.**

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**United States District Judge**

CASE NO.:  5:05cv87/MCR/EMT